IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| MARILYNN PHILLIPS | * | |
| Plaintiff, | * | |
| v. | * | |
| MT. WASHINGTON CAMPUS SOUTH BUSINESS TRUST | * | Civil No. 12-cv-00809-ELH |
| | * | |
| and | | |
| | * | |
| TRANSWESTERN CAREY WINSTON, L.L.C. t/a TRANSWESTERN COMMERCIAL SERVICES | * | |
| | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Marilynn Phillips ("Plaintiff") seeks to voluntarily dismiss with prejudice the above-captioned action. Defendants, Mt. Washington Campus South Business Trust ("Mt. Washington") and Transwestern Carey Winston, L.L.C., d/b/a Transwestern ("Transwestern"), through their undersigned counsel, consent to Plaintiff's voluntary dismissal of this action with prejudice.

| | |
|---|---|
| __/s/_____ | __/s/_____ |
| Kathleen Pontone | Joel Zuckerman |
| Federal Bar No. 01225 | Federal Bar No. 12730 |
| Warren E. Hedges | MAXWELL & BARKE LLC |
| Federal Bar No. 17926 | 51 Monroe Street, Suite 806 |
| MILES & STOCKBRIDGE P.C. | Rockville, Maryland 20850 |

10 Light Street  
Baltimore, Maryland  21202  
(410) 727-6464  

Counsel for Mt. Washington  
Campus South Business Trust and  
Transwestern Carey Winston, L.L.C.

(301) 309-8300  
Counsel for Marilynn Phillips

**<u>IN THE UNITED STATES DISTRICT COURT</u>**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | | |
|---|---|---|
| **MARILYNN PHILLIPS** | * | |
| Plaintiff, | * | |
| v. | * | |
| **MT. WASHINGTON CAMPUS SOUTH BUSINESS TRUST** | * | Civil No. 12-cv-00809-ELH |
| | * | |
| and | | |
| | * | |
| **TRANSWESTERN CAREY WINSTON, L.L.C.** t/a **TRANSWESTERN COMMERCIAL SERVICES** | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>ORDER</u>**

Upon consideration of the Joint Stipulation of Dismissal with Prejudice, it is this ___ day of _____, 2012, ORDERED, that the above-captioned case is dismissed with prejudice.

_____
Honorable Ellen Lipton Hollander

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June 2012, a copy of the foregoing **Joint Stipulation of Dismissal with Prejudice and draft Order** was served via the Court's electronic case filing system on:

>Joel Zuckerman
>Maxwell & Barke LLC
>51 Monroe Street, Suite 806
>Rockville, MD 20850
>
>**Counsel for Plaintiff**

_____/s/_____
Warren Hedges